468 A.2d 851

Commonwealth v. McDaniels, Appellant.

Submitted September 13, 1983. Lee Barry Balefsky, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment affirmed.

468 A.2d 851

Commonwealth v. Mengenie, Appellant.

Petition for Allowance of Appeal
Denied Sept. 6, 1984.

Argued May 2, 1983. Louis G. Hasner, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, MONTGOMERY and HOFFMAN, JJ.

Affirmed.